**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Madel C. Rivero, as Personal Representative for the Estate of Lilia Lorena Blandin, Respondent,

v.

Sheriff Steve Loftis, in his capacity as Sheriff of Greenville County, Appellant.

Appellate Case No. 2019-000535

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenville County
Robin B. Stilwell, Circuit Court Judge

---

Memorandum Opinion No. 2020-MO-008
Heard August 20, 2020 – Filed September 9, 2020

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Andrew F. Lindemann, of Lindemann, Davis & Hughes, PA, of Columbia, and Russell W. Harter, Jr. and Carly H Davis, both of Chapman, Harter & Harter, of Greenville, all for Petitioner Steve Loftis.

Kathleen C. Barnes, of Barnes Law Firm, LLC, of Hampton, Daniel J. Farnsworth, Jr., of Farnsworth Law Offices, of Greenville, J. Christopher Wilson, of Wilson Law Group, of Bamberg, and Daniel W. Luginbill, of McGowan, Hood & Felder, of Mt. Pleasant, all for Respondent Madel C. Rivero.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Madel C. Rivero v. Sheriff Steve Loftis*, Op. No. 2018-UP-340 (S.C. Ct. App. filed July 25, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**